| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

REID PARR, DYLAN BOST, BRADLEY §
LONG, DANIEL ADAMS, and SAMUEL §
ADAMS, §
§
        Plaintiffs, §
§
*versus* §   CIVIL ACTION NO. 1:25-CV-388
§
BITPAY, *a general partnership*, and JOHN §
DOES 1-20, §
§
        Defendants. §

## ORDER

Only July 29, 2025, Plaintiffs Reid Parr, Dylan Bost ("Bost"), Bradley Long, Daniel Adams, and Samuel Adams ("Plaintiffs") filed their Complaint (#1) against BitPay and John Does 1-20 (collectively, "Defendants"), asserting causes of action for violations of the Racketeer Influenced and Corrupt Organizations Act ("RICO") under 18 U.S.C. § 1962(c), conversion, and fraud. The Complaint states that "venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2), because a substantial part of the events or omissions giving rise to the suit occurred herein."[1] Plaintiffs assert that Bost "is a resident of this district and was present here at relevant times throughout the scam" but do not specify in which division Bost resides.

The court orders Plaintiffs to submit briefing on or before **Monday, August 4, 2025, at 5:00 p.m.**, specifying where within the Eastern District of Texas Bost resides and whether a

---

[1] The Complaint also states that "[v]enue is proper in this district pursuant to 28 U.S.C. § 1391(b)(3)." (#1). However, § 1391(b)(3) only applies where "there is no district in which an action may otherwise be brought." 28 U.S.C. § 1391(b)(3); *Fitch v. Garland*, No. 24-40017, 2025 WL 304531, at *1 (5th Cir. Jan. 27, 2025).

substantial part of the events or omissions giving rise to Plaintiffs' claims occurred within the Beaumont Division of the Eastern Division of Texas.

SIGNED at Beaumont, Texas, this 30th day of July, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE