UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

|  |  |
|---|---|
| Reid Parr, *et al.*,<br><br>   *Plaintiffs*,<br><br> v.<br><br>BitPay, *et al.*,<br><br>   *Defendants*. | Case No. 1:25-cv-00388<br><br>**Plaintiffs' Brief Regarding Venue** |

  Plaintiffs hereby submit their response to the Court's Order directing briefing regarding divisional venue.[1] Plaintiff Dylan Bost resides in McKinney, Texas, and was physically present there during a substantial portion of the events described in the Complaint. McKinney, Texas lies within the Sherman Division of the Eastern District of Texas. Plaintiffs do not oppose the transfer of this case to the Sherman Division.

---

[1] Dkt. 2.

- 1 -

- 2 -

Dated: August 4, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　THE HODA LAW FIRM, PLLC

　　　　　　　　　　　　　　　　　　　　*/s/ M. Hoda*

　　　　　　　　　　　　　　　　　　　　Marshal J. Hoda, Esq.
　　　　　　　　　　　　　　　　　　　　Tx. Bar No. 2411009
　　　　　　　　　　　　　　　　　　　　12333 Sowden Road, Suite B
　　　　　　　　　　　　　　　　　　　　PMB 51811
　　　　　　　　　　　　　　　　　　　　Houston, TX 77080
　　　　　　　　　　　　　　　　　　　　o. (832) 848-0036
　　　　　　　　　　　　　　　　　　　　marshal@thehodalawfirm.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*