UNITED STATES DISTRICT COURT   EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| REID PARR, DYLAN BOST, BRADLEY LONG, DANIEL ADAMS, and SAMUEL ADAMS, | § § § § | |
| Plaintiffs, | § § | |
| *versus* | § § | CIVIL ACTION NO. 1:25-CV-388 |
| BITPAY, *a general partnership*, and JOHN DOES 1-20, | § § § | |
| Defendants. | § § | |

## ORDER

  Only July 29, 2025, Plaintiffs Reid Parr, Dylan Bost ("Bost"), Bradley Long, Daniel Adams, and Samuel Adams ("Plaintiffs") filed their Complaint (#1) against BitPay and John Does 1-20 (collectively, "Defendants"), asserting causes of action for violations of the Racketeer Influenced and Corrupt Organizations Act ("RICO") under 18 U.S.C. § 1962(c), conversion, and fraud.  The Complaint states that "venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2), because a substantial part of the events or omissions giving rise to the suit occurred herein."  Plaintiffs assert that Bost "is a resident of this district and was present here at relevant times throughout the scam."

  Subsequently, in response to the court's order, Plaintiffs filed a brief (#3) explaining that Bost resides in McKinney, Texas, and was physically present there during a substantial portion of the events described in the Complaint.  Plaintiffs further state that McKinney, Texas lies within the Sherman Division of the Eastern District of Texas and that they do not oppose the transfer of this case to the Sherman Division.

Accordingly, the Clerk of the Court shall transfer this case to the Sherman Division of the United States District Court for the Eastern District of Texas.

SIGNED at Beaumont, Texas, this 6th day of August, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE